THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA BUCKLEY, Appellant, v. SPRING VALLEY WATER WORKS AND SUPPLY COMPANY, Respondent.

*People ex rel. Buckley* v. *Spring Valley W. W. & S. Co.*, 186 App. Div. 905, appeal dismissed.

(Submitted May 28, 1919; decided July 15, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 15, 1918, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus made under section 81 of the Transportation Corporations Law to compel defendant to supply the relator's house with an adequate supply of water.

*John J. Finn* for appellant.

*Henry L. de Forest* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.